UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                        ) CASE NO. MJ 11-417
    Plaintiff,                     )
                                        )
    v.                              )
                                        ) DETENTION ORDER
IONUT BUZBUCHI,                 )
                                        )
    Defendant.                   )
                                        )

<u>Offense charged</u>:    Conspiracy to Commit Bank Fraud

<u>Date of Detention Hearing</u>:    September 13, 2011.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    1.    Defendant is a naturalized citizen of the United States. He indicated to Pretrial

DETENTION ORDER
PAGE -1

Services that he believes he retains his Romanian citizenship status. His mother resides in Romania.

2. Defendant is charged by Complaint with participating in a scheme to obtain cash from banks by skimming debit and credit card data and PIN numbers from bank ATMs by use of skimming devices and pin-hole cameras. At the detention hearing, the AUSA proffered a videotape which allegedly showed defendant installing one of the devices on a bank ATM. The Complaint references other surveillance video allegedly showing defending utilizing the acquired debit card data to make purchases. The Complaint alleges that the conspiracy continued over a number of years. Defendant's criminal history includes prior burglary or theft convictions from California.

3. The AUSA proffers that during the search of defendant's residence, a valid driver's license was located bearing defendant's photo but a different name, with an account statement from a bank account in that name. Defendant denied having any alternative identification.

4. Defendant poses a risk of nonappearance due to dual citizenship status, family ties to Romania, association with alias identification and possible assets held under an alias name. Defendant poses a risk of danger based on the nature and circumstances of the instant offense.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

///

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 14th day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge