UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　Plaintiff,

　　v.

IONUT BUZBUCHI,

　　　　　　Defendant.

Case No. CR11-309-JCC

**DETENTION ORDER**

Offenses charged:

　　Conspiracy to Commit Bank Fraud and Possession of Device Making Equipment.

Date of Detention Hearing: September 23, 2011.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

　　The government proffered defendant is a Romanian citizen who is part of an international conspiracy to commit debit, credit, bank and identification fraud. Defendant's activities have

DETENTION ORDER - 1

been on-going for several years and at this point involve approximately $400,000 in losses. He has close ties to individuals in Romania and there is indication that money from the charged conspiracy is going back to Romania. The evidence against defendant is strong based on photographic evidence and evidence found when defendant was arrested. Essentially, the government proffered defendant was caught red-handed. If convicted, he faces a mandatory term of 2 years for identification fraud consecutive to any sentence imposed on the other counts. His convictions would likely result in deportation. Given the length of sentence defendant faces and the likelihood of deportation, defendant presents a serious risk of flight. Given the long-term nature of the alleged offense, the loss amounts and the difficulty in monitoring or preventing such activity, defendant poses a serious risk of harm to the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

///

Officer.

DATED this 23rd day of September, 2011.

BRIAN A. TSUCHIDA  
United States Magistrate Judge